IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Gregory R. Rubis | )  Case No. 18-21691 CMB |
| Catherine M. Rubis | )  Chapter 13 |
|     Debtor(s) | )  re Document No. 12 |
| | ) |
| Gregory R. Rubis | ) |
| Catherine M. Rubis, | ) |
|     Movant(s) | ) |
| | ) |
|     Vs. | ) |
| | ) |
| No Respondent(s) | ) |

**ORDER OF COURT**

AND NOW, to wit, this ___15th___ day of ___May___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Gregory R. Rubis and Catherine M. Rubis, are hereby granted an extension until May 29, 2018 to file the completed Chapter 13 petition and plan in this case.

_____
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

FILED
5/15/18 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 18-21691-CMB
Gregory P. Rubis                                                    Chapter 13
Catherine M. Rubis
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: May 15, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
db/jdb         +Gregory P. Rubis,    Catherine M. Rubis,    134 Strawn Road,    Perryopolis, PA 15473-5438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor Gregory P. Rubis chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Christopher M. Frye    on behalf of Joint Debtor Catherine M. Rubis
           chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4