FILED
5/21/18 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Gregory P. Rubis ) | Case No. 18-21691 |
| Catherine M. Rubis, ) | Chapter 13 |
| ) | Docket No.   4 |
| Debtors ) | |
| ) | (Prior bankruptcy case filed at |
| Gregory P. Rubis ) | Docket No. 16-24595 CMB |
| Catherine M. Rubis, ) | dismissed on September 27, 2017) |
| ) | |
| Movants ) | |
| ) | |
| Vs. ) | |
| ) | |
| AT&T Mobility, Direct TV, ) | |
| Discover, Jefferson Hills Medical Center, ) | |
| Emergency Physicians of Pittsburgh, LTD, ) | |
| Family Practice Medical Assoc. South, ) | |
| Grandis, Rubin, Shanahan & Assoc., ) | |
| Jefferson Hills Surgical Association, ) | |
| M&T Bank, Midland Funding LLC, ) | |
| PNC Bank NA, Verizon, ) | |
| US Department of Education, ) | |
| Internal Revenue Service, ) | |
| PA Department of Revenue, ) | |
| Pennsylvania Turnpike Commission, ) | |
| Pittsburgh Parking Court, ) | |
| Office of the United States Trustee, ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## ORDER OF COURT

AND NOW, to wit, this ___21st___ day of _____May_____, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the automatic stay in the case of Gregory P. Rubis and Catherine M. Rubis is hereby extended beyond thirty days as to all respondents and shall continue until further Order of this Court or dismissal of this case.

_____
Thomas P. Agresti, Judge    ljm
U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania

In re:                                                       Case No. 18-21691-CMB
Gregory P. Rubis                                             Chapter 13
Catherine M. Rubis
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2      User: bsil              Page 1 of 2      Date Rcvd: May 21, 2018
                          Form ID: pdf900         Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db/jdb        +Gregory P. Rubis,   Catherine M. Rubis,   134 Strawn Road,   Perryopolis, PA 15473-5438
14822919       AT&T Mobility,   PO Box 10330,   Fort Wayne, IN 46851-0330
14822920      +Direct TV,   by American InfoSource LP as Agent,   4515 N Santa Fe Avenue,
                Oklahoma City, OK 73118-7901
14822924       Emergency Physicians of Pittsburgh, LTD,   PO Box 13566,   Philadelphia, PA 19101-3566
14822925       Family Practice Medical Assoc. South,   1200 Brooks Lane-Suite 290,   Clairton, PA 15025-3765
14822927       Grandis, Rubin, Shanahan & Assoc.,   575 Coal Valley Road-Suite 570,   Pittsburgh, PA 15205
14822929       Jefferson Hills Medical Center,   PO Box 643054,   Pittsburgh, PA 15264-3054
14822930       Jefferson Hills Surgical Association,   1200 Brooks Lance Road,   Clairton, PA 15025
14822932       KML Law Group,   BNY Mellon Independence Center,   701 Market Street - Suite 5000,
                New York, NY 10106
14822933       M&T Bank,   PO Box 15808,   Buffalo, NY 14240
14822936      +One Stop Auto Group,   600 Pittsburgh Road,   Uniontown, PA 15401-2214
14822941      +PNC Bank NA,   Consumer Loan Center,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
14822942      +PNC Bank NA,   PO Box 94982,   Cleveland, OH 44101-4982
14822940      +PNC Bank NA,   Attn: Bankruptcy,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14822938      +Pennsylvania Turnpike Commission,   8000C Derry Street,   Violation Processing Center,
                Harrisburg, PA 17111-5287
14822939      +Pittsburgh Parking Court,   240 Fourth Avenue,   Pittsburgh, PA 15222-1708
14822944       US Department of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14822918       E-mail/Text: ally@ebn.phinsolutions.com May 22 2018 02:06:16     Ally Financial,
                P O Box 130424,   Roseville, MN 55113-0004
14822922       E-mail/Text: mrdiscen@discover.com May 22 2018 02:06:16     Discover,   PO Box3025,
                New Albany, OH 43054-3025
14822923       E-mail/Text: mrdiscen@discover.com May 22 2018 02:06:16     Discover,   PO Box30421,
                Salt Lake City, UT 84130-0421
14822928       E-mail/Text: cio.bncmail@irs.gov May 22 2018 02:06:23     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
14822935      +E-mail/Text: bankruptcydpt@mcmcg.com May 22 2018 02:06:50     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
14822934      +E-mail/Text: bankruptcydpt@mcmcg.com May 22 2018 02:06:50     Midland Funding LLC,
                2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
14822937      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2018 02:06:44     PA Department of Revenue,
                Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14824526      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2018 02:15:27
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14822946       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2018 10:51:44     Verizon,
                by American InfoSource LP as Agent,   PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             PNC BANK, NA.
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14822921*     +Direct TV,   by American InfoSource LP as Agent,   4515 N Santa Fe Avenue,
                Oklahoma City, OK 73118-7901
14822926*      Family Practice Medical Assoc. South,   1200 Brooks Lane-Suite 290,   Clairton, PA 15025-3765
14822931*      Jefferson Hills Surgical Association,   1200 Brooks Lance Road,   Clairton, PA 15025
14822943*     +PNC Bank NA*,   PO Box 94982,   Cleveland, OH 44101-4982
14822945*      US Department of Education,   Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
                                                                                   TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: bsil                Page 2 of 2                  Date Rcvd: May 21, 2018
                               Form ID: pdf900           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Gregory P. Rubis chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Christopher M. Frye    on behalf of Joint Debtor Catherine M. Rubis
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NA. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```