Form 224

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gregory P. Rubis
Catherine M. Rubis**
   Debtor(s)

Bankruptcy Case No.: 18−21691−CMB

Chapter: 13
Docket No.: 22 − 19, 21

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **April 30, 2018** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **May 29, 2018** and failure to meet that deadline would result in the dismissal of the case.

As of **June 6, 2018,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                                             Michael R. Rhodes
                                             Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: June 6, 2018                                                                 Carlota M. Bohm
                                                                          United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21691-CMB
Gregory P. Rubis                                                        Chapter 13
Catherine M. Rubis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                  Page 1 of 2              Date Rcvd: Jun 06, 2018
                              Form ID: 224                Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db/jdb         +Gregory P. Rubis,    Catherine M. Rubis,    134 Strawn Road,   Perryopolis, PA 15473-5438
14822919        AT&T Mobility,    PO Box 10330,   Fort Wayne, IN 46851-0330
14822920       +Direct TV,    by American InfoSource LP as Agent,    4515 N Santa Fe Avenue,
                 Oklahoma City, OK 73118-7901
14822924        Emergency Physicians of Pittsburgh, LTD,    PO Box 13566,   Philadelphia, PA 19101-3566
14822925        Family Practice Medical Assoc. South,    1200 Brooks Lane-Suite 290,    Clairton, PA 15025-3765
14822927        Grandis, Rubin, Shanahan & Assoc.,    575 Coal Valley Road-Suite 570,    Pittsburgh, PA 15205
14822929        Jefferson Hills Medical Center,    PO Box 643054,   Pittsburgh, PA 15264-3054
14822930        Jefferson Hills Surgical Association,    1200 Brooks Lance Road,    Clairton, PA 15025
14822932        KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                 New York, NY 10106
14822933        M&T Bank,    PO Box 15808,   Buffalo, NY 14240
14822936       +One Stop Auto Group,    600 Pittsburgh Road,   Uniontown, PA 15401-2214
14822941       +PNC Bank NA,    Consumer Loan Center,   2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
14822942       +PNC Bank NA,    PO Box 94982,   Cleveland, OH 44101-4982
14822940       +PNC Bank NA,    Attn: Bankruptcy,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
14822938       +Pennsylvania Turnpike Commission,    8000C Derry Street,   Violation Processing Center,
                 Harrisburg, PA 17111-5287
14822939       +Pittsburgh Parking Court,    240 Fourth Avenue,   Pittsburgh, PA 15222-1708
14857586        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI, 53708-8973
14822944        US Department of Education,    Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14822918        EDI: GMACFS.COM Jun 07 2018 12:10:00     Ally Financial,    P O Box 130424,
                 Roseville, MN 55113-0004
14822922        EDI: DISCOVER.COM Jun 07 2018 12:13:00      Discover,    PO Box3025,    New Albany, OH 43054-3025
14822923        EDI: DISCOVER.COM Jun 07 2018 12:13:00      Discover,    PO Box30421,
                 Salt Lake City, UT 84130-0421
14822928        EDI: IRS.COM Jun 07 2018 12:15:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14822935       +EDI: MID8.COM Jun 07 2018 12:12:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14822934       +EDI: MID8.COM Jun 07 2018 12:12:00      Midland Funding LLC,    2365 Northside Drive,   Suite 300,
                 San Diego, CA 92108-2709
14822937       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2018 02:05:34      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0946
14824526       +EDI: PRA.COM Jun 07 2018 12:09:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14822946        EDI: AIS.COM Jun 07 2018 12:09:00      Verizon,   by American InfoSource LP as Agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NA.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14822921*      +Direct TV,   by American InfoSource LP as Agent,    4515 N Santa Fe Avenue,
                 Oklahoma City, OK 73118-7901
14822926*       Family Practice Medical Assoc. South,    1200 Brooks Lane-Suite 290,    Clairton, PA 15025-3765
14822931*       Jefferson Hills Surgical Association,    1200 Brooks Lance Road,    Clairton, PA 15025
14822943*      +PNC Bank NA*,    PO Box 94982,   Cleveland, OH 44101-4982
14822945*       US Department of Education,    Claims Filing Unit,   PO Box 8973,   Madison, WI 53708-8973
                                                                                               TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Jun 06, 2018
                              Form ID: 224            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Gregory P. Rubis chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Christopher M. Frye    on behalf of Joint Debtor Catherine M. Rubis
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              James  Warmbrodt    on behalf of Creditor   PNC BANK, NA. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```