IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory P. Rubis | ) | Case No. 18-21691 CMB |
| Catherine M. Rubis, | ) | Chapter 13 |
| | ) | Related Docket No.22 |
|    Debtors | ) | |
| | ) | |
| Gregory P. Rubis | ) | |
| Catherine M. Rubis, | ) | |
| | ) | |
|    Movants | ) | |
| | ) | re doc. 22 & 24 |
| Vs. | ) | |
| | ) | |
| AT&T Mobility, Direct TV, | ) | |
| Discover, Jefferson Hills Medical Center, | ) | |
| Emergency Physicians of Pittsburgh, LTD, | ) | |
| Family Practice Medical Assoc. South, | ) | |
| Grandis, Rubin, Shanahan & Assoc., | ) | |
| Jefferson Hills Surgical Association, | ) | |
| M&T Bank, Midland Funding LLC, | ) | |
| PNC Bank NA, Verizon, | ) | |
| US Department of Education, | ) | |
| Internal Revenue Service, | ) | |
| PA Department of Revenue, | ) | |
| Pennsylvania Turnpike Commission, | ) | |
| Pittsburgh Parking Court, | ) | |
| Office of the United States Trustee, | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent(s) | ) | |

## **ORDER OF COURT**

AND NOW, to wit, this ____7th_____ day of _____June_____, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the Order of Court dated June 6, 2018 dismissing the Debtors' Chapter 13 bankruptcy case is vacated, and to the extent that the Bankruptcy Case is closed, Bankruptcy No. 18-21691 is hereby reopened and

reinstated and that the Debtors granted an additional 10 days to refile the employee income records.

_Carlota M. Böhm_ dms
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

FILED
6/7/18 11:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-21691-CMB
Gregory P. Rubis                                                Chapter 13
Catherine M. Rubis
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: aala             Page 1 of 1          Date Rcvd: Jun 07, 2018
                             Form ID: pdf900        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
db/jdb         +Gregory P. Rubis,    Catherine M. Rubis,    134 Strawn Road,    Perryopolis, PA 15473-5438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Gregory P. Rubis chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              Christopher M. Frye    on behalf of Joint Debtor Catherine M. Rubis
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NA. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5