# Gregory R. Rubis
# Catherine M. Rubis
# 18-21691-CMB

# Proof of Income
# Filed pursuant to rule 1007-4

# Earnings Statement

**MAXIM HEALTHCARE SERVICES, INC.**
7227 LEE DEFOREST DRIVE
COLUMBIA, MD 21046

| CO. FILE | DEPT | CLOCK | CHK. NO. |
|---|---|---|---|
| IFN 178863 | 626800 | TM | 0001117946 |

Pay Date: 04/16/2018
Period Ending: 04/14/2018

CATHERINE RUBIS
134 STRAWN RD
PERRYOPOLIS, PA  15473

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 00

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 34.25 | 856.25 | 856.25 |
| **Gross Pay** | | | **$ 856.25** | **856.25** |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 68.76- | 68.76- |
| | Social Security Tax | 53.09- | 53.09- |
| | Medicare Tax | 12.42- | 12.42- |
| | PA Withholding Tax | 26.29- | 26.29- |
| **Other** | | | |
| | Lodging | 540.00 | |

Important Notes

Memos

00) 662-3218 or log on to www.form-center.com/adp

# Earnings Statement

**ADP**

STAT STAFFING MEDICAL SERVICES INC
40 24TH STREET
PITTSBURGH, PA 15222
COMPANY PH #: 412-434-7828

| CO. | FILE | DEPT. | CLOCK | VCHR NO. |
|---|---|---|---|---|
| MJO | 022326 | 002 | X 50X | 0000410045 056 1 |

Period Ending: 10/06/2017
Pay Date: 10/13/2017

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

CATHERINE RUBIS
134 STRAWN RD
PERRYOPOLIS PA 15473

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Orientation | 8.0000 | 8.00 | 64.00 | 64.00 |
| **Gross Pay** | | | **$64.00** | |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Social Security Tax | -3.97 | 3.97 |
| Medicare Tax | -0.93 | 0.93 |
| PA State Income Tax | -1.96 | 1.96 |
| Pittsburgh C Income Tax | -0.64 | 0.64 |
| PA SUI/SDI Tax | -0.04 | 0.04 |
| Other | | |
| Local Svc Tax | -1.00 | 1.00 |
| **Net Pay** | **$55.46** | |
| Checking | -55.46 | |
| **Net Check** | **$0.00** | |

### Important Notes
CALL OFFICE WITH YOUR AVAILABILITY...FILL OUT TIME CARDS COMPLETELY...VERIFY YOUR ADDRESS AND SS#!

REFER GOOD EMPLOYEES AND EARN $100.00 BONUS!!!

LLC All Rights Reserved.

# Earnings Statement

STAT STAFFING MEDICAL SERVICES INC
40 24TH STREET
PITTSBURGH, PA 15222
COMPANY PH #: 412-434-7828

Period Ending: 10/06/2017
Pay Date: 10/13/2017

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 0
PA: N/A

CATHERINE RUBIS
134 STRAWN RD
PERRYOPOLIS PA 15473

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Orientation | 8.0000 | 8.00 | 64.00 | 64.00 |
| **Gross Pay** | | | **$64.00** | 64.00 |

## Deductions

### Statutory

| | this period | year to date |
|---|---|---|
| Social Security Tax | -3.97 | 3.97 |
| Medicare Tax | -0.93 | 0.93 |
| PA State Income Tax | -1.96 | 1.96 |
| Pittsburgh C Income Tax | -0.64 | 0.64 |
| PA SUI/SDI Tax | -0.04 | 0.04 |

### Other

| | this period | year to date |
|---|---|---|
| Local Svc Tax | -1.00 | 1.00 |

**Net Pay** $55.46
Checking -55.46
**Net Check** $0.00

Your federal taxable wages this period are $64.00

## Important Notes

CALL OFFICE WITH YOUR AVAILABILITY...FILL OUT TIME CARDS COMPLETELY...VERIFY YOUR ADDRESS AND SS#!

REFER GOOD EMPLOYEES AND EARN $100.00 BONUS!!!

© 1998, 2006. ADP, LLC All Rights Reserved.

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:   LHE-PA<br>Pay Begin Date:   09/23/2017<br>Pay End Date:   10/06/2017 | | Business Unit:   STRBU<br>Advice #:   000000077343654<br>Advice Date:   10/13/2017 | |
|---|---|---|---|---|
| | | | **TAX DATA:** | Federal   PA State |
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department:   0605-Delivery<br>Location:   0187 - Uniontown, PA<br>Job Title:   Delivery Driver<br>Pay Rate:   $17.170000 Hourly | | Tax Status:   Married<br>Allowances:   1   0<br>Addl. Percent:<br>Addl. Amount: | |

### HOURS AND EARNINGS

| | Pay Period | | | Current | | | YTD | |
|---|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | | | 17.170000 | 79.72 | 1,368.79 | 1,639.40 | 27,999.44 | |
| Regular | 09/16/2017 | 09/22/2017 | 17.170000 | -1.00 | -17.18 | | 0.00 | |
| Overtime | | | 25.755245 | 14.30 | 368.30 | 248.90 | 6,428.12 | |
| Vacation | | | 17.170000 | 8.00 | 137.36 | 24.00 | 412.08 | |
| HOL Fixed | | | | | 0.00 | 8.00 | 137.36 | |
| Ovt Prem | | | | | 0.00 | | 35.80 | |
| Sick Pay | | | | | 0.00 | 24.00 | 412.08 | |
| Ser Sls In | | | | | 0.00 | | 587.14 | |
| **TOTAL:** | | | | **93.02** | **1,857.27** | **1,888.30** | **36,012.02** | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 169.46 | 3,181.09 |
| Fed MED/EE | 26.93 | 522.17 |
| Fed OASDI/EE | 115.16 | 2,232.75 |
| PA Unempl EE | 1.30 | 25.21 |
| PA Withholdng | 57.02 | 1,105.59 |
| PA SOUTH UNION LS Tax | 2.00 | 42.00 |
| PA SOUTH UNION TWP Withholdng | 18.57 | 360.11 |
| **TOTAL:** | **390.44** | **7,468.92** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishmnt-Bankruptcy | 695.00 | 13,900.00 |
| **TOTAL:** | **695.00** | **13,900.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,857.27 | 1,857.27 | 390.44 | 695.00 | 771.83 |
| YTD | 36,012.02 | 36,012.02 | 7,468.92 | 13,900.00 | 14,643.10 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000077343654 | Checking | ******3716 | 771.83 |
| **TOTAL:** | | | **771.83** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2017 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:  LHE-PA<br>Pay Begin Date: 10/07/2017<br>Pay End Date: 10/20/2017 | Business Unit: STRBU<br>Advice #: 000000077621047<br>Advice Date: 10/27/2017 | |
|---|---|---|---|
| | | **TAX DATA:** **Federal** | **PA State** |
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department: 0605-Delivery<br>Location: 0187 - Uniontown, PA<br>Job Title: Delivery Driver<br>Pay Rate: $17.170000 Hourly | Tax Status: Married<br>Allowances: 1<br>Addl. Percent:<br>Addl. Amount: | 0 |

### HOURS AND EARNINGS

| | Pay Period | | Current | | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Begin Date** | **End Date** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular | | | 17.170000 | 80.00 | 1,373.60 | 1,717.90 | 29,347.27 | Fed Withholdng | 179.69 | 3,360.78 |
| Regular | 08/26/2017 | 09/01/2017 | 17.170000 | -1.50 | -25.77 | | 0.00 | Fed MED/EE | 27.92 | 550.09 |
| Overtime | | | 25.754793 | 22.43 | 577.68 | 271.33 | 7,005.80 | Fed OASDI/EE | 119.38 | 2,352.13 |
| HOL Fixed | | | | | 0.00 | 8.00 | 137.36 | PA Unempl EE | 1.35 | 26.56 |
| Ovt Prem | | | | | 0.00 | | 35.80 | PA Withholdng | 59.11 | 1,164.70 |
| Sick Pay | | | | | 0.00 | 24.00 | 412.08 | PA SOUTH UNION LS Tax | 2.00 | 44.00 |
| Ser Sls In | | | | | 0.00 | | 587.14 | PA SOUTH UNION TWP | 19.26 | 379.37 |
| Vacation | | | | | 0.00 | 24.00 | 412.08 | Withholdng | | |
| **TOTAL:** | | | | 100.93 | 1,925.51 | 1,989.23 | 37,937.53 | **TOTAL:** | 408.71 | 7,877.63 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | Garnishmnt-Bankruptcy | 0.00 | 13,900.00 | | | |
| **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | 0.00 | 13,900.00 | *TAXABLE | | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 1,925.51 | 1,925.51 | 408.71 | 0.00 | 1,516.80 |
| YTD | 37,937.53 | 37,937.53 | 7,877.63 | 13,900.00 | 16,159.90 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000077621047 | Checking | ******3716 | 1,516.80 |
| **TOTAL:** | | | 1,516.80 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2017 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | LHE-PA<br>10/21/2017<br>11/03/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000077851281<br>11/09/2017 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0605-Delivery<br>0187 - Uniontown, PA<br>Delivery Driver<br>$17.170000 Hourly | **TAX DATA:**<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | **Federal**<br>Married<br>1 | **PA State**<br>0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 17.170000 | 80.00 | 1,373.60 | 1,797.90 | 30,720.87 |
| Overtime Hours | 25.755043 | 13.88 | 357.48 | 285.21 | 7,363.28 |
| Holiday Fixed | | | 0.00 | 8.00 | 137.36 |
| Overtime Premium | | | 0.00 | | 35.80 |
| Sick Hours | | | 0.00 | 24.00 | 412.08 |
| Service & Sales Incentive | | | 0.00 | | 587.14 |
| Vacation Hours | | | 0.00 | 24.00 | 412.08 |
| **TOTAL:** | | **93.88** | **1,731.08** | **2,083.11** | **39,668.61** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 150.53 | 3,511.31 |
| Fed MED/EE | 25.10 | 575.19 |
| Fed OASDI/EE | 107.32 | 2,459.45 |
| PA Unempl EE | 1.21 | 27.77 |
| PA Withholdng | 53.14 | 1,217.84 |
| PA SOUTH UNION LS Tax | 2.00 | 46.00 |
| PA SOUTH UNION TWP Withholdng | 17.31 | 396.68 |
| **TOTAL:** | **356.61** | **8,234.24** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishmnt-Bankruptcy | 0.00 | 13,900.00 |
| **TOTAL:** | **0.00** | **13,900.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,731.08 | 1,731.08 | 356.61 | 0.00 | 1,374.47 |
| YTD | 39,668.61 | 39,668.61 | 8,234.24 | 13,900.00 | 17,534.37 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000077851281 | Checking | ******3716 | 1,374.47 |
| **TOTAL:** | | | **1,374.47** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2017 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | LHE-PA<br>11/04/2017<br>11/17/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000078139845<br>11/24/2017 | |
|---|---|---|---|---|---|
| Gregory Rubis<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0605-Delivery<br>0187 - Uniontown, PA<br>Delivery Driver<br>$17.170000 Hourly | TAX DATA:<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Married<br>1 | PA State<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 17.170000 | 80.00 | 1,373.60 | 1,877.90 | 32,094.47 |
| Overtime Hours | 25.754967 | 9.06 | 233.34 | 294.27 | 7,596.62 |
| Holiday Fixed | | | 0.00 | 8.00 | 137.36 |
| Overtime Premium | | | 0.00 | | 35.80 |
| Sick Hours | | | 0.00 | 24.00 | 412.08 |
| Service & Sales Incentive | | | 0.00 | | 587.14 |
| Vacation Hours | | | 0.00 | 24.00 | 412.08 |
| TOTAL: | | 89.06 | 1,606.94 | 2,172.17 | 41,275.55 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 131.91 | 3,643.22 |
| Fed MED/EE | 23.31 | 598.50 |
| Fed OASDI/EE | 99.63 | 2,559.08 |
| PA Unempl EE | 1.12 | 28.89 |
| PA Withholdng | 49.33 | 1,267.17 |
| PA SOUTH UNION LS Tax | 2.00 | 48.00 |
| PA SOUTH UNION TWP Withholdng | 16.07 | 412.75 |
| TOTAL: | 323.37 | 8,557.61 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishmnt-Bankruptcy | 0.00 | 13,900.00 |
| TOTAL: | 0.00 | 13,900.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,606.94 | 1,606.94 | 323.37 | 0.00 | 1,283.57 |
| YTD | 41,275.55 | 41,275.55 | 8,557.61 | 13,900.00 | 18,817.94 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000078139845 | Checking | ******3716 | 1,283.57 |
| TOTAL: | | | 1,283.57 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

**Lowe's Home Centers, LLC**
1605 Curtis Bridge Road
Wilkesboro, NC 28697
1-844-475-6937

| | |
|---|---|
| Pay Group: | LHE-PA |
| Pay Begin Date: | 11/18/2017 |
| Pay End Date: | 12/01/2017 |

| | |
|---|---|
| Business Unit: | STRBU |
| Advice #: | 000000078389562 |
| Advice Date: | 12/08/2017 |

**Gregory Rubis**
134 Strawn Rd
PERRYOPOLIS, PA 15473

| | |
|---|---|
| Employee ID: | ███████ |
| Department: | 0605-Delivery |
| Location: | 0187 - Uniontown, PA |
| Job Title: | Delivery Driver |
| Pay Rate: | $17.170000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Married | |
| Allowances: | 1 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Holiday Fixed | 17.170000 | 8.00 | 137.36 | 16.00 | 274.72 |
| Regular Hours | 17.170000 | 66.83 | 1,147.47 | 1,944.73 | 33,241.94 |
| Holiday Hours | 17.170000 | 16.00 | 274.72 | 16.00 | 274.72 |
| Service & Sales Incentive | | | 150.00 | | 737.14 |
| Overtime Premium | | | 11.83 | | 47.63 |
| Overtime Hours | | | 0.00 | 294.27 | 7,596.62 |
| Sick Hours | | | 0.00 | 24.00 | 412.08 |
| Vacation Hours | | | 0.00 | 24.00 | 412.08 |
| **TOTAL:** | | **66.83** | **1,721.38** | **2,239.00** | **42,996.93** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 164.07 | 3,807.29 |
| Fed MED/EE | 24.96 | 623.46 |
| Fed OASDI/EE | 106.73 | 2,665.81 |
| PA Unempl EE | 1.21 | 30.10 |
| PA Withholdng | 52.85 | 1,320.02 |
| PA SOUTH UNION LS Tax | 2.00 | 50.00 |
| PA SOUTH UNION TWP Withholdng | 17.21 | 429.96 |
| **TOTAL:** | **369.03** | **8,926.64** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | **0.00** | **0.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishmnt-Bankruptcy | 0.00 | 13,900.00 |
| **TOTAL:** | **0.00** | **13,900.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,721.38 | 1,721.38 | 369.03 | 0.00 | 1,352.35 |
| YTD | 42,996.93 | 42,996.93 | 8,926.64 | 13,900.00 | 20,170.29 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000078389562 | Checking | ******3716 | 1,352.35 |
| **TOTAL:** | | | **1,352.35** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group: LHE-PA<br>Pay Begin Date: 11/04/2017<br>Pay End Date: 11/17/2017 | | Business Unit: STRBU<br>Advice #: 000000078139845<br>Advice Date: 11/24/2017 | |
|---|---|---|---|---|
| Gregory Rubis<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department: 0605-Delivery<br>Location: 0187 - Uniontown, PA<br>Job Title: Delivery Driver<br>Pay Rate: $17.170000 Hourly | | **TAX DATA:** Federal<br>Tax Status: Married<br>Allowances: 1<br>Addl. Percent:<br>Addl. Amount: | PA State<br><br>0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 17.170000 | 80.00 | 1,373.60 | 1,877.90 | 32,094.47 |
| Overtime Hours | 25.754967 | 9.06 | 233.34 | 294.27 | 7,596.62 |
| Holiday Fixed | | | 0.00 | 8.00 | 137.36 |
| Overtime Premium | | | 0.00 | | 35.80 |
| Sick Hours | | | 0.00 | 24.00 | 412.08 |
| Service & Sales Incentive | | | 0.00 | | 587.14 |
| Vacation Hours | | | 0.00 | 24.00 | 412.08 |
| **TOTAL:** | | 89.06 | 1,606.94 | 2,172.17 | 41,275.55 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 131.91 | 3,643.22 |
| Fed MED/EE | 23.31 | 598.50 |
| Fed OASDI/EE | 99.63 | 2,559.08 |
| PA Unempl EE | 1.12 | 28.89 |
| PA Withholdng | 49.33 | 1,267.17 |
| PA SOUTH UNION LS Tax | 2.00 | 48.00 |
| PA SOUTH UNION TWP Withholdng | 16.07 | 412.75 |
| **TOTAL:** | 323.37 | 8,557.61 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Garnishmnt-Bankruptcy | 0.00 | 13,900.00 |
| **TOTAL:** | 0.00 | 13,900.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,606.94 | 1,606.94 | 323.37 | 0.00 | 1,283.57 |
| YTD | 41,275.55 | 41,275.55 | 8,557.61 | 13,900.00 | 18,817.94 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000078139845 | Checking | ******3716 | 1,283.57 |
| **TOTAL:** | | | 1,283.57 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC  28697<br>1-888-474-6365 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | LHE-PA<br>11/19/2016<br>12/02/2016 | | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000071452704<br>12/09/2016 | |
|---|---|---|---|---|---|---|
| | | | | **TAX DATA:** | Federal | PA State |
| Gregory Rubis<br>134 Strawn Rd<br>PERRYOPOLIS, PA  15473 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0103-Inside Lawn & Garden<br>0187 - Uniontown, PA<br>Customer Service Associate I<br>$11.270000 Hourly | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>1 | 0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Holiday Fixed | 11.270000 | 4.00 | 45.08 | 4.00 | 45.08 | Fed Withholdng | 35.05 | 745.60 |
| Regular Hours | 11.270000 | 70.10 | 790.03 | 1,347.57 | 15,187.13 | Fed MED/EE | 12.11 | 226.09 |
| Overtime Hours | | | 0.00 | 15.82 | 267.43 | Fed OASDI/EE | 51.78 | 966.74 |
| Service & Sales Incentive | | | 0.00 | | 92.96 | PA Unempl EE | 0.58 | 10.91 |
| | | | | | | PA Withholdng | 25.64 | 478.68 |
| | | | | | | PA SOUTH UNION LS Tax | 2.00 | 40.00 |
| | | | | | | PA SOUTH UNION TWP Withholdng | 8.35 | 155.92 |
| **TOTAL:** | | 70.10 | 835.11 | 1,363.39 | 15,592.60 | **TOTAL:** | 135.51 | 2,623.94 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 835.11 | 835.11 | 135.51 | 0.00 | 699.60 |
| YTD | 15,592.60 | 15,592.60 | 2,623.94 | 0.00 | 12,968.66 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000071452704 | Checking | ******3716 | 699.60 |
| **TOTAL:** | | | 699.60 |

**MESSAGE:**

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-888-474-6365 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | LHE-PA<br>11/19/2016<br>12/02/2016 | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000071452704<br>12/09/2016 | |
|---|---|---|---|---|---|
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | [redacted]<br>0103-Inside Lawn & Garden<br>0187 - Uniontown, PA<br>Customer Service Associate I<br>$11.270000 Hourly | TAX DATA:<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | **Federal**<br>Married<br>1 | **PA State**<br><br>0 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Holiday Fixed | 11.270000 | 4.00 | 45.08 | 4.00 | 45.08 |
| Regular Hours | 11.270000 | 70.10 | 790.03 | 1,347.57 | 15,187.13 |
| Overtime Hours | | 0.00 | 0.00 | 15.82 | 267.43 |
| Service & Sales Incentive | | | 0.00 | | 92.96 |
| **TOTAL:** | | **70.10** | **835.11** | **1,363.39** | **15,592.60** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 35.05 | 745.60 |
| Fed MED/EE | 12.11 | 226.09 |
| Fed OASDI/EE | 51.78 | 966.74 |
| PA Unempl EE | 0.58 | 10.91 |
| PA Withholdng | 25.64 | 478.68 |
| PA SOUTH UNION LS Tax | 2.00 | 40.00 |
| PA SOUTH UNION TWP Withholdng | 8.35 | 155.92 |
| **TOTAL:** | **135.51** | **2,623.94** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 835.11 | 835.11 | 135.51 | 0.00 | 699.60 |
| YTD | 15,592.60 | 15,592.60 | 2,623.94 | 0.00 | 12,968.66 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000071452704 | Checking | ******3716 | 699.60 |
| **TOTAL:** | | | **699.60** |

**MESSAGE:**

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC  28697<br>1-844-475-6937 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | LHE-PA<br>12/02/2017<br>12/15/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000078656500<br>12/22/2017 |
|---|---|---|---|---|
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA  15473 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | [redacted]<br>0605-Delivery<br>0187 - Uniontown, PA<br>Delivery Driver<br>$17.170000 Hourly | TAX DATA:<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal       PA State<br>Married<br>1                0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Overtime Hours | 25.754655 | 18.26 | 470.28 | 312.53 | 8,066.90 | Fed Withholdng | 167.45 | 3,974.74 |
| Regular Hours | 17.170000 | 80.00 | 1,373.60 | 2,024.73 | 34,615.54 | Fed MED/EE | 26.73 | 650.19 |
| Holiday Fixed | | | 0.00 | 16.00 | 274.72 | Fed OASDI/EE | 114.32 | 2,780.13 |
| Holiday Hours | | | 0.00 | 16.00 | 274.72 | PA Unempl EE | 1.29 | 31.39 |
| Overtime Premium | | | 0.00 | | 47.63 | PA Withholdng | 56.61 | 1,376.63 |
| Sick Hours | | | 0.00 | 24.00 | 412.08 | PA SOUTH UNION LS Tax | 2.00 | 52.00 |
| Service & Sales Incentive | | | 0.00 | | 737.14 | PA SOUTH UNION TWP | 18.44 | 448.40 |
| Vacation Hours | | | 0.00 | 24.00 | 412.08 | Withholdng | | |
| **TOTAL:** | | 98.26 | 1,843.88 | 2,337.26 | 44,840.81 | **TOTAL:** | 386.84 | 9,313.48 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| | | | Garnishmnt-Bankruptcy | 0.00 | 13,900.00 | | | |
| **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | 0.00 | 13,900.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,843.88 | 1,843.88 | 386.84 | 0.00 | 1,457.04 |
| YTD | 44,840.81 | 44,840.81 | 9,313.48 | 13,900.00 | 21,627.33 |

### NET PAY DISTRIBUTION

| | **Account Type** | **Account Number** | **Deposit Amount** |
|---|---|---|---|
| Advice #000000078656500 | Checking | ******3716 | 1,457.04 |
| **TOTAL:** | | | 1,457.04 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | lmbrsh<br>12/16/2017<br>12/29/2017 | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000078954981<br>01/05/2018 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Gregory Rubis<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | <br>0605-Delivery<br>0187 - Uniontown, PA<br>Delivery Driver<br>$17.740000 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>1 | <br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Overtime Hours | 26.610204 | 4.90 | 130.39 | 4.90 | 130.39 | | | |
| Regular Hours | 17.740000 | 40.00 | 709.60 | 40.00 | 709.60 | | | |
| Holiday Fixed | 17.740000 | 8.00 | 141.92 | 8.00 | 141.92 | | | |
| Vacation Hours | 17.740000 | 32.00 | 567.68 | 32.00 | 567.68 | | | |
| TOTAL: | | 44.90 | 1,549.59 | 44.90 | 1,549.59 | | | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 123.30 | 123.30 |
| Fed MED/EE | 22.47 | 22.47 |
| Fed OASDI/EE | 96.07 | 96.07 |
| PA Unempl EE | 0.93 | 0.93 |
| PA Withholdng | 47.57 | 47.57 |
| PA SOUTH UNION LS Tax | 2.00 | 2.00 |
| PA SOUTH UNION TWP Withholdng | 15.50 | 15.50 |
| TOTAL: | 307.84 | 307.84 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,549.59 | 1,549.59 | 307.84 | 0.00 | 1,241.75 |
| YTD | 1,549.59 | 1,549.59 | 307.84 | 0.00 | 1,241.75 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000078954981 | Checking | ******3716 | 1,241.75 |
| TOTAL: | | | 1,241.75 |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-888-474-6365 | Pay Group: LHE-PA<br>Pay Begin Date: 12/03/2016<br>Pay End Date: 12/16/2016 | Business Unit: STRBU<br>Advice #: 000000071729429<br>Advice Date: 12/23/2016 |
|---|---|---|
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID: ███████<br>Department: 0103-Inside Lawn & Garden<br>Location: 0187 - Uniontown, PA<br>Job Title: Customer Service Associate I<br>Pay Rate: $11.270000 Hourly | **TAX DATA:** Federal / PA State<br>Tax Status: Married<br>Allowances: 1 / 0<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Overtime Hours | 16.904762 | 16.17 | 273.35 | 31.99 | 540.78 |
| Regular Hours | 11.270000 | 80.00 | 901.60 | 1,427.57 | 16,088.73 |
| Holiday Fixed | | | 0.00 | 4.00 | 45.08 |
| Service & Sales Incentive | | | 0.00 | | 92.96 |
| **TOTAL:** | | **96.17** | **1,174.95** | **1,459.56** | **16,767.55** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 69.03 | 814.63 |
| Fed MED/EE | 17.04 | 243.13 |
| Fed OASDI/EE | 72.85 | 1,039.59 |
| PA Unempl EE | 0.83 | 11.74 |
| PA Withholdng | 36.07 | 514.75 |
| PA SOUTH UNION LS Tax | 2.00 | 42.00 |
| PA SOUTH UNION TWP Withholdng | 11.75 | 167.67 |
| **TOTAL:** | **209.57** | **2,833.51** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,174.95 | 1,174.95 | 209.57 | 0.00 | 965.38 |
| YTD | 16,767.55 | 16,767.55 | 2,833.51 | 0.00 | 13,934.04 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000071729429 | Checking | ******3716 | 965.38 |
| **TOTAL:** | | | **965.38** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.
**MESSAGE:**

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group: LHE-PA<br>Pay Begin Date: 02/10/2018<br>Pay End Date: 02/23/2018 | Business Unit: STRBU<br>Advice #: 000000080032257<br>Advice Date: 03/02/2018 |
|---|---|---|
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department: 0605-Delivery<br>Location: 0187 - Uniontown, PA<br>Job Title: Delivery Driver<br>Pay Rate: $17.740000 Hourly | TAX DATA:           Federal    PA State<br>Tax Status:        Married<br>Allowances:        1            0<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Sick Hours | 17.740000 | 15.50 | 274.97 | 31.50 | 558.81 |
| Regular Hours | 17.740000 | 67.90 | 1,204.55 | 320.32 | 5,682.48 |
| Overtime Hours | 26.610169 | 2.95 | 78.50 | 13.60 | 361.90 |
| Discretionary Bonus | | | 0.00 | | 156.00 |
| Holiday Fixed | | | 0.00 | 8.00 | 141.92 |
| Vacation Hours | | | 0.00 | 48.00 | 851.52 |
| **TOTAL:** | | **70.85** | **1,558.02** | **333.92** | **7,752.63** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 99.85 | 558.15 |
| Fed MED/EE | 22.59 | 112.41 |
| Fed OASDI/EE | 96.59 | 480.66 |
| PA Unempl EE | 0.93 | 4.65 |
| PA Withholdng | 47.83 | 238.00 |
| PA SOUTH UNION LS Tax | 2.00 | 10.00 |
| PA SOUTH UNION TWP Withholdng | 15.58 | 77.53 |
| **TOTAL:** | **285.37** | **1,481.40** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,558.02 | 1,558.02 | 285.37 | 0.00 | 1,272.65 |
| YTD | 7,752.63 | 7,752.63 | 1,481.40 | 0.00 | 6,271.23 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000080032257 | Checking | ******3716 | 1,272.65 |
| **TOTAL:** | | | **1,272.65** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | LHE-PA<br>02/24/2018<br>03/09/2018 | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000080332434<br>03/16/2018 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | [redacted]<br>0605-Delivery<br>0187 - Uniontown, PA<br>Delivery Driver<br>$17.740000 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Married<br>1 | 0 |

## HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | |
| Overtime Hours | 26.610251 | 18.73 | 498.41 | 32.33 | 860.31 | |
| Regular Hours | 17.740000 | 80.00 | 1,419.20 | 400.32 | 7,101.68 | |
| Service & Sales Incentive | | | 825.00 | | 825.00 | |
| Overtime Premium | | | 24.42 | | 24.42 | |
| Discretionary Bonus | | | 0.00 | | 156.00 | |
| Holiday Fixed | | | 0.00 | 8.00 | 141.92 | |
| Sick Hours | | | 0.00 | 31.50 | 558.81 | |
| Vacation Hours | | | 0.00 | 48.00 | 851.52 | |
| **TOTAL:** | | **98.73** | **2,767.03** | **432.65** | **10,519.66** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 327.43 | 885.58 |
| Fed MED/EE | 40.13 | 152.54 |
| Fed OASDI/EE | 171.56 | 652.22 |
| PA Unempl EE | 1.66 | 6.31 |
| PA Withholdng | 84.95 | 322.95 |
| PA SOUTH UNION LS Tax | 2.00 | 12.00 |
| PA SOUTH UNION TWP Withholdng | 27.67 | 105.20 |
| **TOTAL:** | **655.40** | **2,136.80** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,767.03 | 2,767.03 | 655.40 | 0.00 | 2,111.63 |
| YTD | 10,519.66 | 10,519.66 | 2,136.80 | 0.00 | 8,382.86 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000080332434 | Checking | ******3716 | 2,111.63 |
| **TOTAL:** | | | **2,111.63** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:        LHE-PA<br>Pay Begin Date:   03/10/2018<br>Pay End Date:    03/23/2018 | Business Unit:  STRBU<br>Advice #:        000000080604138<br>Advice Date:     03/30/2018 |
|---|---|---|
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department:   0605-Delivery<br>Location:     0187 - Uniontown, PA<br>Job Title:    Delivery Driver<br>Pay Rate:     $17.740000 Hourly | TAX DATA:           Federal      PA State<br>Tax Status:         Married<br>Allowances:         1            0<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 17.740000 | 73.28 | 1,299.99 | 473.60 | 8,401.67 |
| Overtime Hours | 26.615385 | 0.78 | 20.76 | 33.11 | 881.07 |
| Vacation Hours | 17.740000 | 8.00 | 141.92 | 56.00 | 993.44 |
| Discretionary Bonus | | | 0.00 | | 156.00 |
| Holiday Fixed | | | 0.00 | 8.00 | 141.92 |
| Overtime Premium | | | 0.00 | | 24.42 |
| Sick Hours | | | 0.00 | 31.50 | 558.81 |
| Service & Sales Incentive | | | 0.00 | | 825.00 |
| **TOTAL:** | | **74.06** | **1,462.67** | **506.71** | **11,982.33** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 88.41 | 973.99 |
| Fed MED/EE | 21.20 | 173.74 |
| Fed OASDI/EE | 90.68 | 742.90 |
| PA Unempl EE | 0.88 | 7.19 |
| PA Withholdng | 44.90 | 367.85 |
| PA SOUTH UNION LS Tax | 2.00 | 14.00 |
| PA SOUTH UNION TWP Withholdng | 14.63 | 119.83 |
| **TOTAL:** | **262.70** | **2,399.50** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,462.67 | 1,462.67 | 262.70 | 0.00 | 1,199.97 |
| YTD | 11,982.33 | 11,982.33 | 2,399.50 | 0.00 | 9,582.83 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000080604138 | Checking | ******3716 | 1,199.97 |
| **TOTAL:** | | | **1,199.97** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC  28697<br>1-844-475-6937 | Pay Group:    LHE-PA<br>Pay Begin Date:  03/24/2018<br>Pay End Date:    04/06/2018 | Business Unit:  STRBU<br>Advice #:  000000080900260<br>Advice Date:  04/13/2018 |
|---|---|---|
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA  15473 | Employee ID:<br>Department:  0605-Delivery<br>Location:  0187 - Uniontown, PA<br>Job Title:  Delivery Driver<br>Pay Rate:  $17.740000 Hourly | **TAX DATA:**  Federal  PA State<br>Tax Status:  Married<br>Allowances:  1  0<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Overtime Hours | 26.610687 | 6.55 | 174.30 | 39.66 | 1,055.37 |
| Regular Hours | 17.740000 | 80.00 | 1,419.20 | 553.60 | 9,820.87 |
| Discretionary Bonus | | | 0.00 | | 156.00 |
| Holiday Fixed | | | 0.00 | 8.00 | 141.92 |
| Overtime Premium | | | 0.00 | | 24.42 |
| Sick Hours | | | 0.00 | 31.50 | 558.81 |
| Service & Sales Incentive | | | 0.00 | | 825.00 |
| Vacation Hours | | | 0.00 | 56.00 | 993.44 |
| **TOTAL:** | | **86.55** | **1,593.50** | **593.26** | **13,575.83** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 104.10 | 1,078.09 |
| Fed MED/EE | 23.11 | 196.85 |
| Fed OASDI/EE | 98.80 | 841.70 |
| PA Unempl EE | 0.96 | 8.15 |
| PA Withholdng | 48.92 | 416.77 |
| PA SOUTH UNION LS Tax | 2.00 | 16.00 |
| PA SOUTH UNION TWP Withholdng | 15.94 | 135.77 |
| **TOTAL:** | **293.83** | **2,693.33** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,593.50 | 1,593.50 | 293.83 | 0.00 | 1,299.67 |
| YTD | 13,575.83 | 13,575.83 | 2,693.33 | 0.00 | 10,882.50 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000080900260 | Checking | ******3716 | 1,299.67 |
| **TOTAL:** | | | **1,299.67** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4

| Lowe's Home Centers, LLC<br>1605 Curtis Bridge Road<br>Wilkesboro, NC 28697<br>1-844-475-6937 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | LHES-PA<br>04/07/2018<br>04/20/2018 | | Business Unit:<br>Advice #:<br>Advice Date: | STRBU<br>000000081199412<br>04/27/2018 | |
|---|---|---|---|---|---|---|
| **Gregory Rubis**<br>134 Strawn Rd<br>PERRYOPOLIS, PA 15473 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0605-Delivery<br>0187 - Uniontown, PA<br>Delivery Driver<br>$17.740000 Hourly | | **TAX DATA:**<br>Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | **Federal**<br>Married<br>1 | **PA State**<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | 
|---|---|---|---|---|---|
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** |
| Regular Hours | 17.740000 | 80.00 | 1,419.20 | 633.60 | 11,240.07 |
| Overtime Hours | 26.610029 | 16.95 | 451.04 | 56.61 | 1,506.41 |
| Discretionary Bonus | | | 0.00 | | 156.00 |
| Holiday Fixed | | | 0.00 | 8.00 | 141.92 |
| Overtime Premium | | | 0.00 | | 24.42 |
| Sick Hours | | | 0.00 | 31.50 | 558.81 |
| Service & Sales Incentive | | | 0.00 | | 825.00 |
| Vacation Hours | | | 0.00 | 56.00 | 993.44 |
| **TOTAL:** | | 96.95 | 1,870.24 | 690.21 | 15,446.07 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 137.31 | 1,215.40 |
| Fed MED/EE | 27.12 | 223.97 |
| Fed OASDI/EE | 115.96 | 957.66 |
| PA Unempl EE | 1.12 | 9.27 |
| PA Withholdng | 57.42 | 474.19 |
| PA SOUTH UNION LS Tax | 2.00 | 18.00 |
| PA SOUTH UNION TWP Withholdng | 18.70 | 154.47 |
| **TOTAL:** | 359.63 | 3,052.96 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,870.24 | 1,870.24 | 359.63 | 0.00 | 1,510.61 |
| YTD | 15,446.07 | 15,446.07 | 3,052.96 | 0.00 | 12,393.11 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000081199412 | Checking | ******3716 | 1,510.61 |
| **TOTAL:** | | | 1,510.61 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2018 Fed W4