| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gregory P. Rubis**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5854<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Catherine M. Rubis**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9272<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter  13   4/30/18 |
| Case number:  18–21691–CMB | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                       12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Gregory P. Rubis | Catherine M. Rubis |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 134 Strawn Road<br>Perryopolis, PA 15473 | 134 Strawn Road<br>Perryopolis, PA 15473 |
| 4. | **Debtor's attorney**<br>Name and address | Christopher M. Frye<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: chris.frye@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 6/19/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 30, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/28/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/9/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/29/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**7/30/18** at **02:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21691-CMB
Gregory P. Rubis                                                        Chapter 13
Catherine M. Rubis
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2           Date Rcvd: Jun 19, 2018
                              Form ID: 309I           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.
```
db/jdb         +Gregory P. Rubis,    Catherine M. Rubis,    134 Strawn Road,    Perryopolis, PA 15473-5438
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14822919        AT&T Mobility,    PO Box 10330,    Fort Wayne, IN 46851-0330
14822920       +Direct TV,    by American InfoSource LP as Agent,    4515 N Santa Fe Avenue,
                 Oklahoma City, OK 73118-7901
14822924        Emergency Physicians of Pittsburgh, LTD,    PO Box 13566,    Philadelphia, PA 19101-3566
14822925        Family Practice Medical Assoc. South,    1200 Brooks Lane-Suite 290,    Clairton, PA 15025-3765
14822927        Grandis, Rubin, Shanahan & Assoc.,    575 Coal Valley Road-Suite 570,    Pittsburgh, PA 15205
14822929        Jefferson Hills Medical Center,    PO Box 643054,    Pittsburgh, PA 15264-3054
14822930        Jefferson Hills Surgical Association,    1200 Brooks Lance Road,    Clairton, PA 15025
14822932        KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                 New York, NY 10106
14822933        M&T Bank,    PO Box 15808,    Buffalo, NY 14240
14822936       +One Stop Auto Group,    600 Pittsburgh Road,    Uniontown, PA 15401-2214
14822941       +PNC Bank NA,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
14822942       +PNC Bank NA,    PO Box 94982,    Cleveland, OH 44101-4982
14822940       +PNC Bank NA,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14822938       +Pennsylvania Turnpike Commission,    8000C Derry Street,    Violation Processing Center,
                 Harrisburg, PA 17111-5287
14822939       +Pittsburgh Parking Court,    240 Fourth Avenue,    Pittsburgh, PA 15222-1708
14857586        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI, 53708-8973
14822944        US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: chris.frye@steidl-steinberg.com Jun 20 2018 02:35:55      Christopher M. Frye,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower,    707 Grant Street,    Pittsburgh, PA  15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2018 02:36:40      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 20 2018 02:36:51
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14822918        EDI: GMACFS.COM Jun 20 2018 06:18:00      Ally Financial,    P O Box 130424,
                 Roseville, MN 55113-0004
14822922        EDI: DISCOVER.COM Jun 20 2018 06:18:00      Discover,    PO Box3025,    New Albany, OH 43054-3025
14822923        EDI: DISCOVER.COM Jun 20 2018 06:18:00      Discover,    PO Box30421,
                 Salt Lake City, UT 84130-0421
14822928        EDI: IRS.COM Jun 20 2018 06:18:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14822935       +EDI: MID8.COM Jun 20 2018 06:18:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14822934       +EDI: MID8.COM Jun 20 2018 06:18:00      Midland Funding LLC,    2365 Northside Drive,  Suite 300,
                 San Diego, CA 92108-2709
14822937       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 20 2018 02:36:39      PA Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14824526       +EDI: PRA.COM Jun 20 2018 06:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14822946        EDI: AIS.COM Jun 20 2018 06:18:00      Verizon,    by American InfoSource LP as Agent,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 12
```

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              PNC BANK, NA.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14822921*      +Direct TV,    by American InfoSource LP as Agent,    4515 N Santa Fe Avenue,
                 Oklahoma City, OK 73118-7901
14822926*       Family Practice Medical Assoc. South,    1200 Brooks Lane-Suite 290,    Clairton, PA 15025-3765
14822931*       Jefferson Hills Surgical Association,    1200 Brooks Lance Road,    Clairton, PA 15025
14822943*      +PNC Bank NA*,    PO Box 94982,    Cleveland, OH 44101-4982
14822945*       US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
                                                                                   TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2         User: bsil              Page 2 of 2             Date Rcvd: Jun 19, 2018
                             Form ID: 309I           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
          Christopher M. Frye    on behalf of Debtor Gregory P. Rubis chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          Christopher M. Frye    on behalf of Joint Debtor Catherine M. Rubis
           chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          James  Warmbrodt    on behalf of Creditor   PNC BANK, NA. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```