IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Gregory P. Rubis | ) Case No. 18-21691 CMB |
| Catherine M. Rubis, | ) Chapter 13 |
| Debtor(s) | ) Document No. WO-1 |
| | ) |
| | ) Related to Docket No. 35 |
| Gregory P. Rubis, | ) |
| Movant(s) | ) |
| | ) |
| Social Security No. XXX-XX- 5854 | ) |
| | ) |
| vs. | ) |
| | ) |
| Lowe's Home Centers, LLC and | ) |
| Ronda J. Winnecour, Trustee | ) |
| Respondent(s) | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 31, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Gregory & Catherine Rubis
134 Strawn Road
Perryopolis, Pa 15473

Lowe's Home Centers, LLC
Attn: Payroll
1605 Curtis Bridge Road
Wilkesboro, NC 28697

Date of Service: July 31, 2018

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. 208402