# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Catherine M. Rubis<br>Gregory P. Rubis<br>Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION<br>Moving Party<br>vs. | NO. 18-21691 CMB |
| Catherine M. Rubis<br>Gregory P. Rubis<br>Debtor(s) | re doc. 39 |
| Ronda J. Winnecour<br>Trustee | **ENTERED BY DEFAULT** |

## ORDER ALLOWING FILING OF CLAIM

AND NOW, this 7th day of September, 2018, upon Motion of PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

_____
United States Bankruptcy Judge
dms

cc:
Catherine M. Rubis
134 Strawn Road
Perryopolis, PA 15473

Gregory P. Rubis
134 Strawn Road
Perryopolis, PA 15473

Christopher M. Frye, Esq.
Steidl & Steinberg
Suite 2830, Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

KML Law Group, P.C.
701 Market Street, Suite 5000
Pittsburgh, PA 15276

FILED
9/7/18 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gregory P. Rubis  
Catherine M. Rubis  
    Debtors

Case No. 18-21691-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2  User: dsaw  Page 1 of 1  Date Rcvd: Sep 07, 2018  
         Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.  
db/jdb  +Gregory P. Rubis,    Catherine M. Rubis,    134 Strawn Road,    Perryopolis, PA 15473-5438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

   ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:  
   Christopher M. Frye    on behalf of Debtor Gregory P. Rubis chris.frye@steidl-steinberg.com,
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
   Christopher M. Frye    on behalf of Joint Debtor Catherine M. Rubis
    chris.frye@steidl-steinberg.com,
    julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
   James    Warmbrodt    on behalf of Creditor    PNC BANK, NA. bkgroup@kmllawgroup.com  
   Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
   Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                   TOTAL: 5