IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Catherine M. Rubis<br>Gregory P. Rubis<br><br>      Debtors<br><br>PNC Bank, National Association<br><br>      Movant<br>  v.<br>Catherine M. Rubis<br>Gregory P. Rubis<br>Ronda J. Winnecour, Trustee<br><br>      Respondents | NO. 18-21691 CMB<br><br>CHAPTER 13<br><br>Related to Doc. 67, 73 |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Movant's claim is secured by a mortgage on Debtors' property located at 134 Strawn Road A/K/A 140 Strawn Road, Perryopolis, PA 15473;

WHEREAS, Movant has filed a motion for relief from the automatic stay;

WHEREAS, Debtors have filed a response opposing relief from the automatic stay;

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

It is therefore Stipulated and agreed as follows:

1. The automatic stay is terminated as it affects the interests of the Movant with respect to the property at 134 Strawn Road A/K/A 140 Strawn Road, Perryopolis, PA 15473, provided however, that relief from stay is stayed in accordance with the conditions set forth in Paragraphs 2-5, below.

2. On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtors shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due.

3. Time is of the essence as to all plan payments going forward.

4. For the duration of this bankruptcy case, in the event that the Chapter 13 Trustee has not received a full plan payment by the last day of the month in which the Debtors' payment is due, as indicated by the Chapter 13 Trustee's online records, then the stay provided in Paragraph 1, above, shall be vacated and the automatic stay unconditionally lifted as it affects the interests of the Movant with respect to the property at 134 Strawn Road A/K/A 140 Strawn Road, Perryopolis, PA 15473, upon the filing of an Affidavit of Default by Movant, without further hearing or without entry of an additional order, if Debtors have failed to cure the default ten (10) days after written notice of default to Debtors' counsel. Such Affidavit of Default shall contain a statement of default as supported by the Movant's own records as well as the records of the Chapter 13 Trustee.

4. Relief from the automatic stay shall be effective immediately upon conversion of Debtors' case to a case under Chapter 7.

5. In the event that the automatic stay is terminated as provided by this Order, then the Trustee shall make no further disbursements to Respondent on account of its secured claim, unless directed otherwise by further Order of Court.

6. The hearing scheduled for April 10, 2019 at 10:00 am is cancelled.

Consented to by:

| | |
|---|---|
| **/s/ Christopher M. Frye, Esquire** | **/s/ James C. Warmbrodt, Esquire** |
| Christopher M. Frye, Esquire | James C. Warmbrodt, Esquire |
| Attorney for Debtor | KML Law Group, P.C. |
| Ste. 2830 Grant Tower | Attorney for Movant |
| 707 Grant Street | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15219 | Philadelphia, PA 19106 |

Phone: 412-391-0221
chris.frye@steidl-steinberg.com

Phone: 215-627-1322
jwarmbrodt@kmllawgroup.com

*/s/Ronda J. Winnecour*
Ronda J. Winnecour
Chapter 13 Trustee
US Steel Tower-Suite 3250
Pittsburgh, PA  15219

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

FILED
4/3/19 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                               Case No. 18-21691-CMB
Gregory P. Rubis                                                     Chapter 13
Catherine M. Rubis
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Apr 03, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.
db/jdb        +Gregory P. Rubis,   Catherine M. Rubis,   134 Strawn Road,   Perryopolis, PA 15473-5438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Gregory P. Rubis chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Catherine M. Rubis
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK, NA. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5