Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Gregory P. Rubis
Catherine M. Rubis**
   Debtor(s)

Bankruptcy Case No.: 18−21691−CMB

Chapter: 13
Docket No.: 78 − 77
Concil. Conf.: October 17, 2019 at 10:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **September 23, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **October 8, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **October 17, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 9, 2019

    Carlota M. Bohm
    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gregory P. Rubis  
Catherine M. Rubis  
    Debtors

Case No. 18-21691-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw    Page 1 of 2    Date Rcvd: Aug 09, 2019  
                    Form ID: 410    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.

```
db/jdb         +Gregory P. Rubis,    Catherine M. Rubis,    134 Strawn Road,    Perryopolis, PA 15473-5438
14822924        Emergency Physicians of Pittsburgh, LTD,    PO Box 13566,    Philadelphia, PA 19101-3566
14822925        Family Practice Medical Assoc. South,    1200 Brooks Lane-Suite 290,    Clairton, PA 15025-3765
14822927        Grandis, Rubin, Shanahan & Assoc.,    575 Coal Valley Road-Suite 570,    Pittsburgh, PA 15205
14822929        Jefferson Hills Medical Center,    PO Box 643054,    Pittsburgh, PA 15264-3054
14822930        Jefferson Hills Surgical Association,    1200 Brooks Lance Road,    Clairton, PA 15025
14822932        KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                New York, NY 10106
14868111       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
14822933        M&T Bank,    PO Box 15808,    Buffalo, NY 14240
14822936       +One Stop Auto Group,    600 Pittsburgh Road,    Uniontown, PA 15401-2214
14822941       +PNC Bank NA,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
14822942       +PNC Bank NA,    PO Box 94982,    Cleveland, OH 44101-4982
14822940       +PNC Bank NA,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14924650       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101,   8 44101-4982
14996827       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14822938       +Pennsylvania Turnpike Commission,    8000C Derry Street,    Violation Processing Center,
                Harrisburg, PA 17111-5287
14822939       +Pittsburgh Parking Court,    240 Fourth Avenue,    Pittsburgh, PA 15222-1708
14877125       +Preferred Financing Inc.,    600 Pittsburgh Rd.,    Uniontown, PA 15401-2214
14857586        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI, 53708-8973
14822944        US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14822919        E-mail/Text: g20956@att.com Aug 10 2019 03:06:17     AT&T Mobility,    PO Box 10330,
                Fort Wayne, IN 46851-0330
14822918        E-mail/Text: ally@ebn.phinsolutions.com Aug 10 2019 03:04:06     Ally Financial,
                P O Box 130424,    Roseville, MN 55113-0004
14822920       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2019 03:14:30     Direct TV,
                by American InfoSource LP as Agent,    4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
14822922        E-mail/Text: mrdiscen@discover.com Aug 10 2019 03:05:11     Discover,    PO Box3025,
                New Albany, OH 43054-3025
14822923        E-mail/Text: mrdiscen@discover.com Aug 10 2019 03:05:11     Discover,    PO Box30421,
                Salt Lake City, UT 84130-0421
14822928        E-mail/Text: cio.bncmail@irs.gov Aug 10 2019 03:05:18     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
14822935       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2019 03:05:53     Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
14822934       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 10 2019 03:05:53     Midland Funding LLC,
                2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14822937       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2019 03:05:38     PA Department of Revenue,
                Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14824526       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2019 03:02:10
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14822946        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 10 2019 03:14:51     Verizon,
                by American InfoSource LP as Agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                               TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NA.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14822921*      +Direct TV,    by American InfoSource LP as Agent,    4515 N Santa Fe Avenue,
                Oklahoma City, OK 73118-7901
14822926*       Family Practice Medical Assoc. South,    1200 Brooks Lane-Suite 290,    Clairton, PA 15025-3765
14822931*       Jefferson Hills Surgical Association,    1200 Brooks Lance Road,    Clairton, PA 15025
14822943*      +PNC Bank NA*,    PO Box 94982,    Cleveland, OH 44101-4982
14822945*       US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
                                                                                 TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dsaw                  Page 2 of 2            Date Rcvd: Aug 09, 2019
                              Form ID: 410                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Gregory P. Rubis chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Catherine M. Rubis
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James   Warmbrodt    on behalf of Creditor    PNC BANK, NA. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 5
```