**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Gregory P. Rubis** | : | Case No. 18−21691−CMB |
| **Catherine M. Rubis** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 77 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 10th of October, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21691-CMB
Gregory P. Rubis                                                          Chapter 13
Catherine M. Rubis
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: Oct 10, 2019
                              Form ID: 309            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
```
db             +Gregory P. Rubis,    134 Strawn Road,    Perryopolis, PA 15473-5438
jdb            +Catherine M. Rubis,    134 Strawn Road,    Perryopolis, PA 15473-5438
14822924        Emergency Physicians of Pittsburgh, LTD,    PO Box 13566,    Philadelphia, PA 19101-3566
14822925        Family Practice Medical Assoc. South,    1200 Brooks Lane-Suite 290,    Clairton, PA 15025-3765
14822927        Grandis, Rubin, Shanahan & Assoc.,    575 Coal Valley Road-Suite 570,    Pittsburgh, PA 15205
14822929        Jefferson Hills Medical Center,    PO Box 643054,    Pittsburgh, PA 15264-3054
14822930        Jefferson Hills Surgical Association,    1200 Brooks Lance Road,    Clairton, PA 15025
14822932        KML Law Group,    BNY Mellon Independence Center,    701 Market Street - Suite 5000,
                New York, NY 10106
14868111       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
14822933        M&T Bank,    PO Box 15808,    Buffalo, NY 14240
14822936       +One Stop Auto Group,    600 Pittsburgh Road,    Uniontown, PA 15401-2214
14822941       +PNC Bank NA,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
14822942       +PNC Bank NA,    PO Box 94982,    Cleveland, OH 44101-4982
14822940       +PNC Bank NA,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14924650       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101,    8 44101-4982
14996827       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14822938       +Pennsylvania Turnpike Commission,    8000C Derry Street,    Violation Processing Center,
                Harrisburg, PA 17111-5287
14822939       +Pittsburgh Parking Court,    240 Fourth Avenue,    Pittsburgh, PA 15222-1708
14877125       +Preferred Financing Inc.,    600 Pittsburgh Rd.,    Uniontown, PA 15401-2214
14857586        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON, WI, 53708-8973
14822944        US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14822919        EDI: CINGMIDLAND.COM Oct 11 2019 06:13:00      AT&T Mobility,    PO Box 10330,
                Fort Wayne, IN 46851-0330
14822918        EDI: GMACFS.COM Oct 11 2019 06:13:00      Ally Financial,    P O Box 130424,
                Roseville, MN 55113-0004
14822920       +EDI: AIS.COM Oct 11 2019 06:13:00      Direct TV,    by American InfoSource LP as Agent,
                4515 N Santa Fe Avenue,    Oklahoma City, OK 73118-7901
14822922        EDI: DISCOVER.COM Oct 11 2019 06:13:00      Discover,    PO Box3025,    New Albany, OH 43054-3025
14822923        EDI: DISCOVER.COM Oct 11 2019 06:13:00      Discover,    PO Box30421,
                Salt Lake City, UT 84130-0421
14822928        EDI: IRS.COM Oct 11 2019 06:13:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
14822935       +EDI: MID8.COM Oct 11 2019 06:13:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
14822934       +EDI: MID8.COM Oct 11 2019 06:13:00      Midland Funding LLC,    2365 Northside Drive,    Suite 300,
                San Diego, CA 92108-2709
14822937       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:35:46      PA Department of Revenue,
                Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
14824526       +EDI: PRA.COM Oct 11 2019 06:13:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14822946        EDI: AIS.COM Oct 11 2019 06:13:00      Verizon,    by American InfoSource LP as Agent,
                PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              PNC BANK, NA.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14822921*      +Direct TV,    by American InfoSource LP as Agent,    4515 N Santa Fe Avenue,
                Oklahoma City, OK 73118-7901
14822926*       Family Practice Medical Assoc. South,    1200 Brooks Lane-Suite 290,    Clairton, PA 15025-3765
14822931*       Jefferson Hills Surgical Association,    1200 Brooks Lance Road,    Clairton, PA 15025
14822943*      +PNC Bank NA*,    PO Box 94982,    Cleveland, OH 44101-4982
14822945*       US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
                                                                                 TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2               Date Rcvd: Oct 10, 2019
                              Form ID: 309            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Christopher M. Frye    on behalf of Debtor Gregory P. Rubis chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              Christopher M. Frye    on behalf of Joint Debtor Catherine M. Rubis
               chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James  Warmbrodt    on behalf of Creditor    PNC BANK, NA. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```