**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| GREGORY P. RUBIS<br>CATHERINE M. RUBIS<br>Debtor(s) | Case No.:18-21691 |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/30/2018 and confirmed on 08/03/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,019.84 |
| Less Refunds to Debtor | 2,001.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,018.06 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,837.38 | |
| Trustee Fee | 1,361.83 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,199.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PNC BANK NA<br>Acct: 3018 | 0.00 | 14,006.74 | 0.00 | 14,006.74 |
| PNC BANK NA<br>Acct: 5989 | 0.00 | 4,484.31 | 0.00 | 4,484.31 |
| PNC BANK NA<br>Acct: 3018 | 18,000.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 5989 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 3018 | 1,824.15 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL**<br>Acct: 6947 | 13,375.41 | 4,985.54 | 764.52 | 5,750.06 |
| PREFERRED FINANCING<br>Acct: 1392 | 3,500.00 | 3,396.23 | 181.51 | 3,577.74 |
| | | | | 27,818.85 |
| Priority | | | | |
| CHRISTOPHER M FRYE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| GREGORY P. RUBIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GREGORY P. RUBIS | 1,000.62 | 1,000.62 | 0.00 | 0.00 |
| Acct: | | | | |
| GREGORY P. RUBIS | 1,001.16 | 1,001.16 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,000.00 | 2,837.38 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 8,116.50 | 0.00 | 0.00 | 0.00 |
| Acct: 5854 | | | | |
| PA DEPARTMENT OF REVENUE* | 237.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5854 | | | | |
| PENNSYLVANIA TURNPIKE COMMISSION* | 167.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PITTSBURGH PARKING AUTHORITY | 145.00 | 0.00 | 0.00 | 0.00 |
| Acct: 87PA | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 47,136.66 | 0.00 | 0.00 | 0.00 |
| Acct: 9272 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 48,256.44 | 0.00 | 0.00 | 0.00 |
| Acct: 9272 | | | | |
| INTERNAL REVENUE SERVICE* | 1,434.48 | 0.00 | 0.00 | 0.00 |
| Acct: 5854 | | | | |
| ATT MOBILITY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3295 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3356 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0862 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4353 | | | | |
| EMERGENCY PHYSICIANS - PGH LTD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: PIT1 | | | | |
| FAMILY PRACTICE MED ASSOC SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3717 | | | | |
| FAMILY PRACTICE MED ASSOC SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2846 | | | | |
| GRANDIS & RUBIN MD PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0270 | | | | |
| JEFFERSON HILLS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2200 | | | | |
| JEFFERSON HILLS SURGICAL SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4862 | | | | |
| JEFFERSON HILLS SURGICAL SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9800 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0648 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK | 8,033.58 | 0.00 | 0.00 | 0.00 |
| Acct: 4719 | | | | |

| 18-21691 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   MIDLAND FUNDING<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA<br>    Acct: 9255 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA<br>    Acct: 6602 | 0.00 | 0.00 | 0.00 | 0.00 |
|   VERIZON BY AMERICAN INFOSOURCE LP<br>    Acct: 2408 | 190.21 | 0.00 | 0.00 | 0.00 |
|   MIDLAND FUNDING LLC<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CREDITOR INFORMATION MISSING OR VA(<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   VERIZON BY AMERICAN INFOSOURCE LP<br>    Acct: 0001 | 3,132.13 | 0.00 | 0.00 | 0.00 |
|   VERIZON BY AMERICAN INFOSOURCE LP<br>    Acct: 2062 | 66.46 | 0.00 | 0.00 | 0.00 |
|   PREFERRED FINANCING<br>    Acct: 1392 | 7,977.29 | 0.00 | 0.00 | 0.00 |

*** N O N E ***

TOTAL PAID TO CREDITORS                                                                       27,818.85

  TOTAL CLAIMED
| PRIORITY | 8,665.50 |
| SECURED | 36,699.56 |
| UNSECURED | 116.227.25 |

Date: 12/06/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com